AO 247 (Rev. 11/11:CASD 05/15)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 22-cr-2747-JO |
| Dianna Herrera ) | USM No: 05448-510 |
| Date of Original Judgment: 09/27/2023 ) | |
| Date of Previous Amended Judgment: ) | Heather L. Beugen |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The Court denies the Defendant's motion to reduce her sentence under 18 U.S.C. 3582(c)(2) based on the retroactive application of Parts A and B, Subpart 1 of Amendment 821 to the United States Sentencing Guidelines. (Dkt. 58.) At the time of the Defendant's sentencing hearing, the Court determined that the Total Offense Level was a level 12 with a Criminal History Category of I, resulting in a guideline range of 10 to 16 months. The Court, based on the parties' joint recommendation, included a variance based on the Defendant's eligibility for a Zero-Point Offender adjustment that would have been applicable had the Defendant been sentenced when the Amendment took effect. Accordingly, the Defendant was sentenced to a term of four months in custody, which would have been the low-end of the Guideline range had the Court applied a two-level downward adjustment under Amendment 821. Therefore, the Court declines to further reduce the Defendant's sentence as the Defendant already received the benefit of Amendment 821 at the time of her sentencing hearing.

Except as otherwise provided, all provisions of the judgment dated   9/27/23   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   3/11/24

Effective Date: _____
*(if different from order date)*

**Hon. Jinsook Ohta, United States District Judge**
*Printed name and title*